## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | |
|---|---|
| Jason Craig, o/b/o Cherilynne Craig,   ) | |
| ) | |
| )   | Civil Action. No. 0:11-cv-01826-JMC |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| Michael J. Astrue, Commissioner   ) | |
| of the Social Security Administration,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

This matter is before the court upon motion of the Plaintiff, through his attorney, Beatrice E. Whitten, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On November 19, 2012, Counsel for the Plaintiff, Beatrice E. Whitten ("Counsel"), filed a motion for attorney's fees and costs [Dkt. No. 33] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $4,604.96, representing 27.30 hours of attorney work in federal court at $169.30 per hour. Defendant, the Commissioner of the Social Security Administration, has no objection to the requested amount. [Dkt. No. 33].

The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable.

Therefore, the Plaintiff is entitled to an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,604.96.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

Greenville, South Carolina
February 15, 2013